UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 330-VYHC-CPT

JORDAN GUY MACDONALD GOUDREAU and
YACSY ALEXANDRA ALVAREZ MIRABAL

JUL 16 2024 PM 4:56
FILED - USDC - FLMD - TPA

**ORDER**

The Motion to Seal Indictment and Related Documents filed by the United
States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when
necessary to provide certified copies of the Indictment to the United States
Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's
Office that the United States Marshals Service is to release a certified copy of the
arrest warrant to the case agent or other appropriate law enforcement and/or to the
United States Attorney's Office without further order of the Court. It is further
ordered that the United States Marshals Service or other appropriate law
enforcement agency may enter the arrest warrant into the National Crime
Information Center (NCIC) database or other appropriate law enforcement database
without further order of the Court.

It is further ordered that the United States may disclose the existence of the
Indictment in any search and seizure warrants to be executed in conjunction with the

arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 16th day of July 2024.

HON. THOMAS G. WILSON
United States Magistrate Judge