UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                              CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU and
YACSY ALEXANDRA ALVAREZ MIRABAL

**UNITED STATES' TIME-SENSITIVE MOTION TO EXTEND STAY OF
RELEASE ORDER PENDING REVIEW OF MOTION FOR REVOCATION**

      The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this time-sensitive motion to extend the stay of a magistrate judge's order of release pending the Court's review of the government's motion for revocation under 18 U.S.C. § 3145(a)(1). Defendant Jordan Guy MacDonald Goudreau ("GOUDREAU") is charged in a 14-count indictment with violations of export and firearms laws relating to a conspiracy to carry out an armed incursion into Venezuela to remove a sitting Venezuelan president from power. On July 30, 2024, GOUDREAU was arrested on these charges in the Southern District of New York, where he made his initial appearance that evening. The magistrate judge overseeing the proceedings denied the United States' motion for pretrial detention, but stayed the order of release until close of business on July 31, 2024.

As a result, and pursuant to Local Rule 3.01(e), the government requests that the Court extend the stay of the magistrate judge's release order, so that GOUDREAU is not released until the Court rules on the government's motion for revocation, which will be filed promptly.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Risha Asokan*
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

U.S. v. Goudreau, et al.                    Case No. 8:24-cr-330-VMC-CPT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

/s/ *Risha Asokan*
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: risha.asokan2@usdoj.gov