| | |
|---|---|
| **From:** | Jordan Goudreau |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: FW: Consent to Search |
| **Date:** | Sunday, August 18, 2024 9:32:27 AM |
| **Attachments:** | ATT00001.htm |
| | Consent to Search iPhone.docx |

---------- Forwarded message ---------
From: **Gustavo Garcia-Montes** <ggm@agmlawgroup.com>
Date: Thu, Mar 4, 2021 at 11:17 AM
Subject: FW: Consent to Search
To: lionneck007@GMAIL.COM <lionneck007@gmail.com>

**From:** Gilbert, Karen (USAFLS)
**Sent:** Saturday, May 23, 2020 11:45 AM
**To:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Cc:** George, Daniel (USAFLM) <Daniel.George@usdoj.gov>
**Subject:** Fwd: Consent to Search

Hi Gus,

Attached please find our proposed consent form. If you have any suggested edits or changes, we are happy to discuss them with you.

Once the consent is signed, we can pick up the phone.

On the filter issue, once you are able to provide a list of attorneys, if any, whom your client had an attorney/client relationship, that will assist our filter team.

Thank you

Begin forwarded message:

> **From:** "George, Daniel (USAFLM)" <dgeorge@usa.doj.gov>

**Date:** May 23, 2020 at 11:35:07 AM EDT
**To:** "Gilbert, Karen (USAFLS)" <KGilbert@usa.doj.gov>
**Subject: Consent to Search**

UNITED STATES DEPARTMENT OF JUSTICE

## CONSENT TO SEARCH CELLULAR TELEPHONE & DATA

**[Completed in the presence a notary public *and* attorney Gustavo Garcia-Montes]**

1. I, _____, have been asked by the United States Department of Justice and Special Agents of the Federal Bureau of Investigation for consent to take possession of my Apple iPhone from my attorney, Gustavo Garcia-Montes, in order to copy, search, and seize all of its contents/data, which may include deleted files. By signing this form with my attorney and in the presence of a notary public, I authorize my attorney, Gustavo Garcia-Montes, to give my Apple iPhone, currently or previously assigned telephone number (910)758-3439, to the United States Department of Justice and Federal Bureau of Investigation for these purposes.

2. I, _____, further authorize the Department of Justice and Federal Bureau of Investigation to keep any data that is related in any way to its criminal investigation.

3. I, _____, certify that I am the owner and user of the Apple iPhone.

4. I, _____, consent to the use of my passwords, biometrics, and/or encryption keys to access the data. My password(s) is/are:

5. I, _____, give this consent voluntarily without fear, threat, coercion, or promises of any kind. I understand and acknowledge that I have an absolute right to refuse to give my consent and I hereby voluntarily waive this right. I also understand that if I withdraw this consent, it will be respected.

(Consent to Search iPhone - Page 1)

_____ Jordan Goudreau's Initials

_____ Attorney Gustavo Garcia-Montes' Initials

6. I, _____, have read and reviewed both pages of this form with my attorney, Gusvato Garcia-Montes. I am satisfied with his advice and counsel, and I understand this form completely.

This specific consent is given by me this _____ day of May, 2020, at _____ am/pm.

    Name: _____

    Date of Birth: _____

    FL Driver's License: _____

    U.S. Passport No. _____

    Signature: _____

Sworn to and subscribed before me this _____ day of May, 2020.

_____
Notary Public
My Commission Expires _____

7. By signing this form, I, Gustavo Garcia-Montes, attorney for Jordan Goudreau, acknowledge that I have reviewed this form with Jordan Goudreau and that Jordan Goudreau fully understands its terms. Based on my interactions with, and observation of, Jordan Goudreau, I further acknowledge that Jordan Goudreau has the ability to provide, and is providing, this consent freely, voluntarily, and without any promises or mental reservation of any kind.

_____
Gustavo Garcia-Montes, Esq.
Attorney for Jordan Goudreau

(Consent to Search iPhone - Page 2)

**Marissel Descalzo**

| | |
|---|---|
| **From:** | Jordan Goudreau <lionneck007@googlemail.com> |
| **Sent:** | Sunday, August 18, 2024 9:32 AM |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: FW: Goudreau filter review |

---------- Forwarded message ---------
From: **Gustavo Garcia-Montes** <ggm@agmlawgroup.com>
Date: Thu, Mar 4, 2021 at 11:16 AM
Subject: FW: Goudreau filter review
To: lionneck007@GMAIL.COM <lionneck007@gmail.com>

**From:** Gustavo Garcia-Montes
**Sent:** Tuesday, October 27, 2020 11:14 AM
**To:** Sweeney, Sara (USAFLM) 1 <Sara.Sweeney@usdoj.gov>
**Subject:** RE: Goudreau filter review

I found it. Thank you.  See you Thursday

_____
Gustavo J. García-Montes, Esq.
Gustavo J. García-Montes, P.A.

2333 Brickell Ave. Suite A-1

Miami, FL  33129

Tel (305) 666-2880(305) 666-2880

Any advice, commentary or opinion in this electronic communication is not intended, sent, or written by Gustavo J. García-Montes to form an attorney client relationship. The recipient or user of this communication understands and confesses by its very receipt and use that no attorney client relationship is formed hereby. This message is intended only for the use of the addressed recipient as it may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the above attorney as soon as possible.

**From:** Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
**Sent:** Tuesday, October 27, 2020 11:09 AM
**To:** Gustavo Garcia-Montes
**Subject:** RE: Goudreau filter review

Hi Gus,

I remember that you told me about an invoice that Mr. Lucas had given Mr. Goudreau for, I think, $36,000?  I don't recall seeing the invoice itself among what we reviewed.  I looked back through what we reviewed, and I see a December 2, 2019 email from "Lucas Compton Secure Email" with the subject line "Invoice and Letter."  (This email is in the Cellebrite report on 1B98/QTP98 and probably other places, too.)  But, so far as I can tell, we did not get the content of that email or its attachments because they had to be accessed through a website.

Hope this helps, please let me know if you need me to look into anything else.  Talk to you Thursday!

Thanks,

Sara

**From:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Sent:** Monday, October 26, 2020 7:55 PM
**To:** Sweeney, Sara (USAFLM) 1 <SSweeney1@usa.doj.gov>
**Subject:** RE: Goudreau filter review

HI Sara. I seem to recall we had one item that was an invoice from Travis Lucas, an attorney. Do you have a copy of it?

_____

Gustavo J. García-Montes, Esq.
Gustavo J. García-Montes, P.A.

2333 Brickell Ave. Suite A-1

2

Miami, FL  33129

Tel (305) 666-2880(305) 666-2880

Any advice, commentary or opinion in this electronic communication is not intended, sent, or written by Gustavo J. García-Montes to form an attorney client relationship. The recipient or user of this communication understands and confesses by its very receipt and use that no attorney client relationship is formed hereby. This message is intended only for the use of the addressed recipient as it may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the above attorney as soon as possible.

**From:** Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
**Sent:** Thursday, October 22, 2020 10:17 AM
**To:** Gustavo Garcia-Montes
**Subject:** RE: Goudreau filter review

Perfect, thank you!  I will call you at 3 pm on Thursday.

Sara

**From:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Sent:** Thursday, October 22, 2020 10:16 AM
**To:** Sweeney, Sara (USAFLM) 1 <SSweeney1@usa.doj.gov>
**Subject:** RE: Goudreau filter review

Thursday after 2 pm

_____

Gustavo J. García-Montes, Esq.
Gustavo J. García-Montes, P.A.

2333 Brickell Ave. Suite A-1

Miami, FL  33129

Tel (305) 666-2880(305) 666-2880

Any advice, commentary or opinion in this electronic communication is not intended, sent, or written by

3

Gustavo J. García-Montes to form an attorney client relationship. The recipient or user of this communication understands and confesses by its very receipt and use that no attorney client relationship is formed hereby. This message is intended only for the use of the addressed recipient as it may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the above attorney as soon as possible.

**From:** Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
**Sent:** Thursday, October 22, 2020 10:16 AM
**To:** Gustavo Garcia-Montes
**Subject:** RE: Goudreau filter review

Friday is the one day I can't do it!  Would Thursday work?  You can name the time.

Thanks!

Sara

**From:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Sent:** Thursday, October 22, 2020 10:15 AM
**To:** Sweeney, Sara (USAFLM) 1 <SSweeney1@usa.doj.gov>
**Subject:** RE: Goudreau filter review

I mean to say, Friday next week

_____
Gustavo J. García-Montes, Esq.
Gustavo J. García-Montes, P.A.

2333 Brickell Ave. Suite A-1

Miami, FL  33129

Tel (305) 666-2880(305) 666-2880

Any advice, commentary or opinion in this electronic communication is not intended, sent, or written by Gustavo J. García-Montes to form an attorney client relationship. The recipient or user of this communication understands and confesses by its very receipt and use that no attorney client relationship is formed hereby. This message is intended only for the use of the addressed recipient as it may contain

information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the above attorney as soon as possible.

---

**From:** Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
**Sent:** Thursday, October 22, 2020 10:14 AM
**To:** Gustavo Garcia-Montes
**Subject:** Goudreau filter review

Hi Gus,

I hope you are doing well! I have another batch of material that is potentially privileged from Mr. Goudreau's phone and from a Sony audio recorder. The materials have been uploaded to USAfx/Box for your review. Do you have time next week for us to discuss?

Thanks,

Sara

Sara C. Sweeney

Deputy Chief, Orlando Office

U.S. Attorney's Office for the Middle District of Florida

(407) 648-7500