## Marissel Descalzo

| | |
|---|---|
| **From:** | Jordan Goudreau <lionneck007@googlemail.com> |
| **Sent:** | Friday, August 16, 2024 7:59 AM |
| **To:** | Marissel Descalzo; Diana McKeon |
| **Subject:** | Fwd: FW: Jordan Goudreau |

---------- Forwarded message ---------
From: **Gustavo Garcia-Montes** <ggm@agmlawgroup.com>
Date: Thu, Mar 4, 2021 at 11:16 AM
Subject: FW: Jordan Goudreau
To: lionneck007@GMAIL.COM <lionneck007@gmail.com>

**From:** Gustavo Garcia-Montes
**Sent:** Monday, March 1, 2021 9:28 AM
**To:** 'George, Daniel (USAFLM)' <Daniel.George@usdoj.gov>
**Subject:** RE: Jordan Goudreau

I do not.  Still trying to get Jordan to come around

**From:** George, Daniel (USAFLM)
**Sent:** Monday, March 1, 2021 8:55 AM
**To:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Subject:** RE: Jordan Goudreau

Good Morning Gus –

I hope you had a nice weekend. For planning purposes, do you think that this might happen this week? If not, just let me know.

1

Thanks,

Dan

---

**From:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Sent:** Wednesday, February 24, 2021 3:04 PM
**To:** George, Daniel (USAFLM) <dgeorge@usa.doj.gov>
**Subject:** RE: Jordan Goudreau

I'm still working on convicing Jordan.  He's does not get the updside of the meeting

---

**From:** George, Daniel (USAFLM)
**Sent:** Wednesday, February 24, 2021 3:02 PM
**To:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Subject:** RE: Jordan Goudreau

Good Afternoon Gus –

I hope all is well and just wanted to check in on this to see whether it might still happen.

Please let me know if you'd like to discuss.

Thanks,

Dan

---

**From:** George, Daniel (USAFLM)
**Sent:** Thursday, February 18, 2021 10:17 PM
**To:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Subject:** RE: Jordan Goudreau

Gus –

Thank you for the call earlier. As promised, here is a brief follow up just to make sure I have everything right.

You will check with Mr. Goudreau about meeting during the week beginning 3/1. We discussed possibly Wednesday or Friday, but please let me know if Monday or Tuesday might work as well. We would meet in person, and add Mr. Goudreau in via Zoom for this initial meeting.

I'll prepare our proffer letter for the meeting. The topics we plan to raise are those in your letter/email, though a more detailed factual conversation may be required to adequately address them.

You mentioned that Mr. Goudreau is waiving attorney-client privilege with respect to the advice-of-counsel claim you referenced in your letter and email-including for his relationship with Travis Lucas-and that you and he will execute a written waiver. I'll consult with my (DOJ) side to see what has worked effectively in the past; if there is anything, I'll pass it along for your consideration. Of course, we will not review any materials that the Filter Team may have segregated from the investigative team unless and until you and Mr. Goudreau decide to complete any attorney-client waiver or this issue is otherwise resolved.

Finally, please correct me if I misunderstood anything or if there's more to add.

Thanks,

Dan

---

**From:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Sent:** Thursday, February 18, 2021 9:25 AM
**To:** George, Daniel (USAFLM) <dgeorge@usa.doj.gov>
**Subject:** RE: Jordan Goudreau

Jordan's position is somewhat more complex:  The US was aware of the operation, he relied on advice of counsel, apparent authority, and the fact that Rendon in the end sabotaged the operation in order to try to complete his operation of bringing Saab in to cooperate with the US.  There are also

The meeting would have to be by Zoom as after the stunt of the armed raid while we were cooperating Jordan has absolutely no faith in the US Authorities.

Let me know if we can do it by zoom and I will speak to him.

Regards

---

**From:** George, Daniel (USAFLM)
**Sent:** Thursday, February 18, 2021 9:16 AM
**To:** Gustavo Garcia-Montes <ggm@agmlawgroup.com>
**Subject:** Jordan Goudreau

Gus –

Thanks again for the letter and the voicemail. I think it would be a good idea for us to chat.

From your letter, it appears that Mr. Goudreau's position is that he relied on the advice of counsel and some type of official approval for his activities related to Silvercorp and the May 2020 events in Venezuela. Is that correct?

Also, as you can imagine, our investigation has not slowed. That said, if Mr. Goudreau has information that he thinks can or should affect our decisions moving forward, we would like to hear that from him. I cannot make any outcome-related promises now, but we are willing to meet in the coming weeks with proffer protections in place to give him an opportunity to explain what happened and why he thinks the investigation should not continue.

Thanks, and I look forward to discussing this with you. Please let me know a good time and I can call you then.

Best,

Dan


**Daniel George**

Assistant United States Attorney

United States Attorney's Office

Middle District of Florida

400 N. Tampa Street, Suite 3200

Tampa, Florida 33602

P:  813.274.6000

F:  813.274.6103

[daniel.george@usdoj.gov](mailto:daniel.george@usdoj.gov)