AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Jordan Guy Macdonald Goudreau
*Defendant*

Case No. 8:24-cr-330-VMC-CPT

## APPEARANCE BOND

### Defendant's Agreement

I, Jordan Guy Macdonald Goudreau *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ ______________ .

( X ) (3) This is a secured bond of $ 2,000,000.00 , secured by:

(   ) (a) $ ______________ , in cash deposited with the court.

( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

1 Bond Street, Unit 2A, New York, NY 10012

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 09/05/2024

*Defendant's signature*

Jennifer Gatien — *Surety/property owner – printed name*

09/05/2024 — *Surety/property owner – signature and date*

*Surety/property owner – printed name*

*Surety/property owner – signature and date*

*Surety/property owner – printed name*

*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 09/05/2024

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 09/05/2024

*Judge's signature*

# Detailed Document Information

**Prepared:** 8/26/2024 10:09:03 PM

**Page:** 1 Of 1

**Current Search Criteria:**

Document ID: 2022012000646001

| | | | | | |
|---|---|---|---|---|---|
| DOCUMENT ID: | 2022012000646001 | CRFN : | 2022000051265 | COLLATERAL: | N / A |
| # of PAGES: | 4 | REEL-PAGE: | N / A-N / A | EXPIRATION DATE: | N / A |
| DOC. TYPE: | DEED | FILE NUMBER: | N / A | ASSESSMENT DATE: | N / A |
| DOC. DATE: | 12/29/2021 | RECORDED/FILED: | 2/2/2022 6:04:36 PM | SLID #: | N / A |
| DOC. AMOUNT: | $2,050,000.00 | BOROUGH: | MANHATTAN | MAP SEQUENCE #: | N / A |
| % TRANSFERRED: | 100% | RPTT #: | N / A | MESSAGE: | N / A |

**PARTY1**

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| RAPP, ANTHONY | 1 BOND STREET, UNIT 2A | | NEW YORK | NY | 10012 | US |
| | | | | | | |

**PARTY2**

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| GATIEN, JENNIFER | 49 BLEECKER ST | | NEW YORK | NY | 10012-2464 | US |
| | | | | | | |

**PARTY3/Others**

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

**PARCELS**

| BOROUGH: | BLOCK | LOT | PARTIAL LOT | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 529 | 1302 | E | SINGLE RESIDENTIAL CONDO UNIT | N | N | N | 1 BOND STREET | 2A | |
| | | | | | | | | | | |

**REFERENCES**

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2022012000646001001ECCD6

**RECORDING AND ENDORSEMENT COVER PAGE** **PAGE 1 OF 4**

**Document ID:** 2022012000646001 Document Date: 12-29-2021 Preparation Date: 01-20-2022
Document Type: DEED
Document Page Count: 3

**PRESENTER:**
TITLEVEST AGENCY
110 EAST 42ND STREET, 10TH FLOOR
TNY834672
NEW YORK, NY 10017
212-757-5800
RECORDINGS@TITLEVEST.COM

**RETURN TO:**
TITLEVEST AGENCY
110 EAST 42ND STREET, 10TH FLOOR
TNY834672
NEW YORK, NY 10017
212-757-5800
RECORDINGS@TITLEVEST.COM

**PROPERTY DATA**

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 529 | 1302 | Entire Lot | 2A | 1 BOND STREET |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN______ *or* DocumentID________ *or* _______ Year_____ Reel____ Page_____ *or* File Number__________

**PARTIES**

**GRANTOR/SELLER:**
ANTHONY RAPP
1 BOND STREET, UNIT 2A
NEW YORK, NY 10012

**GRANTEE/BUYER:**
JENNIFER GATIEN
49 BLEECKER ST
NEW YORK, NY 10012-2464

**FEES AND TAXES**

**Mortgage :**

| | | |
|---|---|---|
| Mortgage Amount: | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 |
| Exemption: | | |
| TAXES: County (Basic): | $ | 0.00 |
| City (Additional): | $ | 0.00 |
| Spec (Additional): | $ | 0.00 |
| TASF: | $ | 0.00 |
| MTA: | $ | 0.00 |
| NYCTA: | $ | 0.00 |
| Additional MRT: | $ | 0.00 |
| TOTAL: | $ | 0.00 |
| Recording Fee: | $ | 52.00 |
| Affidavit Fee: | $ | 0.00 |

| | | |
|---|---|---|
| Filing Fee: | $ | 125.00 |
| NYC Real Property Transfer Tax: | $ | 29,212.50 |
| NYS Real Estate Transfer Tax: $8,200.00 + $25,625.00 = | $ | 33,825.00 |



**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed 02-02-2022 18:04
City Register File No.(CRFN): 2022000051265

*City Register Official Signature*

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made as of the 29th day of December, in the year 2021, between

**Anthony Rapp**, having an address at 1 Bond Street, Unit 2A, New York, NY 10012, party of the first part, and

**Jennifer Gatien,** having an address at 49 Bleeker Street, New York, NY 10012, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars ($10.00) paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

B:529
L:1302

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREOF

**BEING** the same premises conveyed to the party of the first part by deed dated May 29, 1998 and recorded in the Office of the City Register of the City of New York on August 18, 1998, City Register of New York County in Reel 2674 page 723.

**BEING** the same premises known as and intended for residential use 1 Bond Street, Unit 2A, New York, NY 10012 (Borough of Manhattan, Block 529, Lot 1302).

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

**Anthony Rapp**

**TitleVest Agency, LLC**

**SCHEDULE A**

***(Description)***

**TITLE NUMBER: TNY834672**

The Condominium Unit (hereinafter referred to as the "Unit") in the building (hereinafter referred to as the "Building") known as 1-5 Bond Street Condominium and by the street number 1-5 Bond Street, County of New York, State of New York , said Unit being designated and described as Unit No. 2A in a Declaration dated 3/5/89, made by Baco Development Corp., pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act"), establishing a plan for Condominium Ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the building is situate (which land is more particularly described below and made a part hereof ), which Declaration was recorded in the City Register's Office on 4/13/89, in Reel 1560 page 1033, as amended by First Amendment to Declaration recorded July 12, 2001 in Reel 3320 at Page 791, as amended and restated by First Amendment to Declaration recorded August 06, 2001 in Reel 3337 at Page 1490 and any Amendments thereto (which Declaration is hereinafter referred to as the "Declaration"). This Unit is also designated as Tax Lot 1302 in Block 529 of the County of New York on the Tax Map of the Real Property Assessment Department and on the Floor Plans of the Building , certified by Leslie Malcolm Good, Architects on 3/13/89 and filed with the Real Property Assessment Department on 4/12/89 as Condominium Plan No. 631 and also filed in the New York City Register's Office on 4/13/89 as Condominium Map No. 4890.

Together with a 2.267% interest in the Common Elements (as such term is defined in the Declaration).

The Land as described above is more particularly described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Southerly side of Bond Street, distant 75 feet 3-1/2 inches Westerly from the corner formed by the intersection of the Southerly side of Bond Street with the Westerly side of Lafayette Street;

RUNNING THENCE Southerly along a line forming an interior angle of 90 degrees 24 minutes 00 seconds on its Westerly side with the Southerly side of Bond Street, 114 feet 5-3/4 inches to a point on the Northerly side of the alley adjoining the described premises on the South, said point being distant 82 feet 4-5/8 inches Westerly from the Westerly side of Lafayette Street;

THENCE Westerly along the Northerly side of said alley, 76 feet to the point of intersection of the Northerly side of said alley with the Easterly side of an alley commonly known as Jones Alley;

THENCE Northerly along a line parallel or nearly so with the first above mentioned course and along the Easterly side of an alley known as Jones Alley, 114 feet 6 inches to the Southerly side of Bond Street;

THENCE Easterly along the Southerly side of Bond Street, 76 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY: Said premises also known as 1 Bond Street, 2A, New York, NY 10012.

FOR CONVEYANCING ONLY, if intended to be conveyed: Together with all rights title and interest of, in and to any streets and roads abutting the above described premises, to the center line thereof.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of New York, ss:

On the 28th day of December in the year 2021, before me, the undersigned, personally appeared Anthony Rapp, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature]
NOTARY SIGNATURE

ALISON PAMELA SNYDER
Notary Public-State of New York
No. 02SN6398474
Qualified in New York County
Commission Expires September 30, 2023

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of ________________, County of ______________________, ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the ______ day of ____________ in the year 20__, before me the undersigned personally appeared __________________ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the __________________ (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

______________________________
NOTARY SIGNATURE

| | |
|---|---|
| **Bargain and Sale Deed With Covenants**<br><br>Title No.<br><br>**Anthony Rapp**<br>**TO**<br>**Jennifer Gatien** | **TOWN:** Manhattan<br>**BLOCK:** 529<br>**LOT:** 1302<br><br>**COUNTY OR TOWN:** New York<br>**STREET ADDRESS:** 1 Bond Street, Unit 2A New York, NY 10012<br><br>**Recorded at Request of:**<br><br>**Michael Kozek, Esq.**<br>**Ween & Kozek, PLLC**<br>**20 Jay Street, Unit 814**<br>**Brooklyn, NY 11201** |

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2022012000646001001S0257

**SUPPORTING DOCUMENT COVER PAGE** **PAGE 1 OF 1**

**Document ID: 2022012000646001** Document Date: 12-29-2021 Preparation Date: 01-20-2022
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2021122700060

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 2 |

FOR CITY USE ONLY
C1. County Code | C2. Date Deed Recorded (Month / Day / Year)
C3. Book OR C5. CRFN | C4. Page

# REAL PROPERTY TRANSFER REPORT

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

1. Property Location: 1 (STREET NUMBER) BOND STREET 2A (STREET NAME) MANHATTAN (BOROUGH) 10012 (ZIP CODE)

2. Buyer Name: GATIEN (LAST NAME / COMPANY) JENNIFER (FIRST NAME)
   LAST NAME / COMPANY / FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY / FIRST NAME
   STREET NUMBER AND STREET NAME / CITY OR TOWN / STATE / ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: RAPP (LAST NAME / COMPANY) ANTHONY (FIRST NAME)
   LAST NAME / COMPANY / FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

- A ☑ One Family Residential
- B ☐ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

10. Sale Contract Date: 11 / 3 / 2021 (Month / Day / Year)

11. Date of Sale / Transfer: 12 / 29 / 2021 (Month / Day / Year)

12. Full Sale Price $ 2,050,000

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: R 4

16. Total Assessed Value (of all parcels in transfer): 71433

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

MANHATTAN 529 1302

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

| | |
|---|---|
| [signature] | 12/27/21 |
| BUYER SIGNATURE | DATE |
| 49 BLEECKER ST | |
| STREET NUMBER | STREET NAME (AFTER SALE) |

| | | |
|---|---|---|
| NEW YORK | NY | 10012-2464 |
| CITY OR TOWN | STATE | ZIP CODE |

**BUYER'S ATTORNEY**

| | |
|---|---|
| | |
| LAST NAME | FIRST NAME |
| | |
| AREA CODE | TELEPHONE NUMBER |

**SELLER**

| | |
|---|---|
| | |
| SELLER SIGNATURE | DATE |

2021122700060201

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|---|
| BUYER SIGNATURE | | DATE | | LAST NAME | FIRST NAME |
| 49 BLEECKER ST | | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | | AREA CODE | TELEPHONE NUMBER |
| | | | | SELLER | |
| NEW YORK | NY | 10012-2464 | | [signature] | 12/28/21 |
| CITY OR TOWN | STATE | ZIP CODE | | SELLER SIGNATURE | DATE |

2021122700060201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

1 BOND STREET, 2A,
Street Address Unit/Apt.

MANHATTAN New York, 529 1302 (the "Premises");
Borough Block Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| ANTHONY RABB<br>Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| [signature]<br>Signature of Grantor | Signature of Grantee |
| Sworn to before me<br>this 28th day of December 20 21 | Sworn to before me<br>this ____ day of ________ 20 ____ |

[signature]
ALISON PAMELA SNYDER
Notary Public-State of New York
No. 02SN6398474
Qualified in New York County
Commission Expires September 30, 2023

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

1 BOND STREET, 2A,
Street Address Unit/Apt.

MANHATTAN (Borough) New York, 529 (Block) 1302 (Lot) (the "Premises");

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Grantor | Grantee |
| --- | --- |
| ______ Name of Grantor (Type or Print) | Jennifer Gatien — Name of Grantee (Type or Print) |
| ______ Signature of Grantor | [signature] Signature of Grantee |
| Sworn to before me this ____ day of ______ 20__ | Sworn to before me this 27th day of December 2021 |
| | [signature] ANDREW D. CASSADY Notary Public, State of New York No. 02CA6376737 Qualified in King County Commission Expires June 18, 2022 |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2021122700060101

# Detailed Document Information

**Prepared:** 8/26/2024 10:09:41 PM

**Page:** 1 Of 1

**Current Search Criteria:**

Document ID: 2022012000646001

| | | | | | |
|---|---|---|---|---|---|
| DOCUMENT ID: | 2022012000646001 | CRFN : | 2022000051265 | COLLATERAL: | N / A |
| # of PAGES: | 4 | REEL-PAGE: | N / A-N / A | EXPIRATION DATE: | N / A |
| DOC. TYPE: | DEED | FILE NUMBER: | N / A | ASSESSMENT DATE: | N / A |
| DOC. DATE: | 12/29/2021 | RECORDED/FILED: | 2/2/2022 6:04:36 PM | SLID #: | N / A |
| DOC. AMOUNT: | $2,050,000.00 | BOROUGH: | MANHATTAN | MAP SEQUENCE #: | N / A |
| % TRANSFERRED: | 100% | RPTT #: | N / A | MESSAGE: | N / A |

PARTY1

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| RAPP, ANTHONY | 1 BOND STREET, UNIT 2A | | NEW YORK | NY | 10012 | US |
| | | | | | | |

PARTY2

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| GATIEN, JENNIFER | 49 BLEECKER ST | | NEW YORK | NY | 10012-2464 | US |
| | | | | | | |

PARTY3/Others

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

PARCELS

| BOROUGH: | BLOCK | LOT | PARTIAL LOT | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 529 | 1302 | E | SINGLE RESIDENTIAL CONDO UNIT | N | N | N | 1 BOND STREET | 2A | |
| | | | | | | | | | | |

REFERENCES

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS