UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-CR-330-VHC/CPT

UNITED STATES OF AMERICA,

v.

JORDAN GUY MACDONALD GOUDREAU,

Defendant.
_____/

**WAIVER OF PRESENCE AT EVIDENTIARY HEARING**

Mr. Jordan Guy MacDonald Goudreau, the above-named Defendant, has been advised of his right to be present at a scheduled evidentiary hearing set for 9:00 a.m. on February 20, 2025, before the Hon. Christopher Tuite, United States Magistrate Judge, and he waives his presence at that hearing. He is satisfied with being represented by his undersigned counsel at this hearing.

_____         Date: _____18 Feb___, 2025
Jordan Guy MacDonald Goudreau

_____         Date: ___18 Feb_____, 2025
Marissel Descalzo, Esq.
Florida Bar No. 669318
TACHE, BRONIS AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565

Facsimile: (305) 537-9567
Email: mdescalzo@tachebronis.com
service@tachebronis.com

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on this ____ day of February, 2025, the foregoing was electronically transmitted via the Court's CM/ECF system.

By: */s/ Marissel Descalzo*
**Marissel Descalzo, Esq.**