```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                  Case No. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU
and YACSY ALEXANDRA ALVAREZ MIRABAL
_____/

## **UNCLASSIFIED ORDER**

The Court, having carefully considered the United States' *Ex Parte, In Camera*, Under Seal Motion for a Protective Order ("Motion") filed in accordance with Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, § 4, and Fed. R. Crim. P. 16(d)(1), and the accompanying memorandum of law and attachments thereto, hereby **GRANTS** the Motion and directs the Clerk of Court to send a copy of this Order to counsel for the Defendants and the United States;

Accordingly, it is **ORDERED** that the Classified Information Security Officer shall deliver a copy of the Court's Classified Order regarding the Motion to the United States;

It is further **ORDERED** that, consistent with the Court's Classified Order, the United States shall withhold from

discovery certain classified information and, as set forth in the Motion, provide the Defendants with an unclassified substitution in place of certain other classified information.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of July, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE