UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU and
YACSY ALEXANDRA ALVAREZ MIRABAL

## JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 25, 2025 (Doc. 171), the United States herein states as follows:

1. **Brief summary of the case's status:**

On July 16, 2024, a grand jury returned a 14-count indictment against Jordan Guy MacDonald Goudreau ("Goudreau"), charging him and codefendant Yacsy Alexandra Alvarez Mirabal ("Alvarez") with conspiracy to violate export laws, in violation of 18 U.S.C. § 371; smuggling, in violation of 18 U.S.C. § 554; violations of the Arms Export Control Act, in violation of 22 U.S.C. § 2778; and violations of the Export Reform Control Act, in violation of 50 U.S.C. § 4819. Goudreau also was charged with possession of unregistered silencers, in violation of 26 U.S.C. § 5861(d) and unlawful possession of machine guns, in violation of 18 U.S.C. § 922(o).

Goudreau was arrested on July 30, 2024, in New York City, and made his initial appearance later that day before U.S. Magistrate Judge Gary Stein. Goudreau

was ordered released on conditions; the government requested a stay and moved this Court to revoke the bond order. On September 4, 2024, the Court denied the government's motion for revocation of release order. Doc. 59. Goudreau was ordered released on amended conditions. Doc. 58.

Alvarez made her initial appearance on July 31, 2024, before U.S. Magistrate Judge Natalie H. Adams. She was released on conditions. Doc. 16.

The matter is set on the Court's September 2025 trial calendar.

2. **Possibility of a plea agreement:**

The parties have briefly discussed the possibility of a plea agreement.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately seven to ten days.

The defense expects its case, if any, to last approximately five days, but will ultimately depend on the nature of the government's case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

The defense anticipates filing a motion to conduct depositions under Federal Rule of Criminal Procedure 15, as well as a motion to compel certain discovery.

5. **Potential speedy trial and scheduling problems:**

The defendants previously waived Speedy Trial through September 30, 2025. Doc. 141. As noted above, the defense anticipates filing a motion to conduct Rule 15 depositions as well as a motion to compel discovery. Counsel for Ms. Alvarez has a

two-defendant trial before Judge Mary S. Scriven set for January 2026, in the matter of *United States v. Miguel Cintron, et al.*, 8:24-cr-268-MSS-AAS, and that trial is very likely to go as scheduled. Counsel for Mr. Goudreau has a specially set trial in the matter of *United States v. Alain Bibliowicz*, Case No. 25-cr-00039 in the Eastern District of New York starting on December 1, 2025. For those reasons, the voluminous discovery in this case, and certain pretrial motions that have yet to be litigated, the defendants seek a continuance to the Court's February 2026 Trial Calendar. The government does not object to the continuance.

The defendants agree to waive Speedy Trial through February 28, 2026.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

          Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

By:   */s/ Risha Asokan*
      Risha Asokan
      Assistant United States Attorney
      Florida Bar No. 1003398
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: risha.asokan2@usdoj.gov

U.S. v. Jordan Guy MacDonald Goudreau          Case No. 8:24-cr-330-VMC-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew Feldman, Esq.
Marissel Descalzo, Esq.
Christophir Kerr, Esq.

>                     */s/ Risha Asokan*
> Risha Asokan
> Assistant United States Attorney
> Florida Bar No. 1003398
> 400 N. Tampa St., Ste. 3200
> Tampa, FL 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: risha.asokan2@usdoj.gov