# EXHIBIT A

**GO FAST PRODUCTION, LLC**
8501 Temple Terrance HWY
Tampa, FL 33637
Phone:
Email: @gmail.com

**Date:** October 16, 2025

**TO WHOM IT MAY CONCERN,**

This letter serves as formal authorization from **Go Fast Production, LLC**, a licensed and insured moving company based in the State of Florida, confirming that our authorized representative is present to take possession of the following:

- **Vehicle:** 2016 Dodge Ram 1500
- **Personal Belongings** of our client: Jordan Goudreau
- **Pickup Location:** 17701 Banner Road, Lexington, OK 73051

The named representative has been assigned by our company to collect the vehicle and all contents/property associated with the above-named client as part of a contracted relocation service. This transfer of custody is to be acknowledged and signed below by the current holder, facility representative, or responsible party.

---

**ACKNOWLEDGMENT OF RELEASE**

I, the undersigned, hereby acknowledge the release and transfer of possession of the above-listed truck and/or personal belongings to the authorized representative of **Go Fast Production, LLC**.

I confirm that the items and/or vehicle have been surrendered in accordance with the instructions provided and that I am authorized to release them.

**Print Name:**

**Title/Position:**

**Company/Facility Name:**

**Signature:**

**Date:**

If you have any questions or require verification, please contact our office directly at ▮ or ▮@gmail.com.

We appreciate your cooperation.

Sincerely,

▮

Operations Manager
Go Fast Production, LLC