# EXHIBIT B



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
GOFAST PRODUCTIONS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000295802 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 06/25/2021 |
| **Effective Date** | 06/25/2021 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2022 |
| **Event Effective Date** | NONE |

**Principal Address**

5450 E DEER VALLEY DR
3417
PHOENIX, AZ 85054

**Mailing Address**

234 PILGRIM RD
WEST PALM BEACH, FL 33405

**Registered Agent Name & Address**

REGISTERED AGENTS INC.
7901 4TH ST. N, STE. 300
ST. PETERSBURG, FL 33702

Name Changed: 06/06/2022

Address Changed: 06/06/2022

**Authorized Person(s) Detail**

**Name & Address**

Title MEMB

GOUDREAU, JORDAN
5450 E DEER VALLEY DRIVE APT 3417
PHOENIX, AZ 85054

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

| | |
|---|---|
| 06/06/2022 -- CORLCRACHG | View image in PDF format |
| 06/25/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations