# EXHIBIT C


