UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

### GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called at the hearing on the defendant's bond on October 29, 2025:

1. Jason Woolems
2. Brande Woolems
3. Ryan Reeves
4. Jennifer Gatien
5. FBI Special Agent Jacob Hamilton

The United States reserves the right to call additional witnesses during the hearing if appropriate.

                                        Respectfully submitted,

                                        GREGORY W. KEHOE
                                        United States Attorney

By:   */s/ Risha Asokan*
        RISHA ASOKAN
        Assistant United States Attorney
        Florida Bar No. 1003398
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: risha.asokan2@usdoj.gov

**U.S. v. Jordan Guy MacDonald Goudreau   Case No. 8:24-cr-330-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

/s/ *Risha Asokan*
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: risha.asokan2@usdoj.gov