UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No. 8:24-cr-330-VMC-CPT

JORDAN GUY MACDONALD GOUDREAU

**CLERK'S MINUTES**
Proceeding: Bond Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: October 31, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 2:16 p.m. |
| USPO: Kadi Murray | Recess: 2:22 p.m. |
| Court Reporter: Digital | Total Time: 6 min |
| Interpreter: none | |

Counsel for USA: Dan Marcet and Joseph Wheeler, AUSA
Counsel for Defendant: Marissel Descalzo, retained

Court calls case and counsel enters appearances.

Defendant failed to appear.

Government moves for an arrest warrant. Motion granted.

Recess.